UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No. ED CV 17-01497-AB (JCx) |
| Santiago Meza Portillo | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Chipotle Mexican Grill, Inc., et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ days, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 23, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE